IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

E.R., FATHER OF N.R. AND G.R., CHILDREN,

     Appellant,

 v.

Case No. 5D22-272
LT Case No. 2018-DP-000099-A

DEPARTMENT OF CHILDREN
AND FAMILIES,

     Appellee.

_____/

Decision filed May 20, 2022

Appeal from the Circuit Court
for Marion County,
Stacy M. Youmans, Judge.

Carl New, Ocala, for Appellant.

Rachel Batten, of Children's Legal
Services, Brooksville, for Appellee,
Department of Children and
Families.

Sara Elizabeth Goldfarb, Statewide
Director of Appeals, and Samantha
C. Valley, Senior Attorney, of
Statewide Guardian ad Litem
Office, Tallahassee, and Jamie
Billotte Moses, of Defending Best
Interests Project, Holland & Knight,
LLP, Orlando, for Statewide
Guardian ad Litem.

PER CURIAM.

     AFFIRMED.

EDWARDS, TRAVER and WOZNIAK, JJ., concur.